UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF MICHIGAN
****************

IN RE:  **HOLLY ANNETTE LARSEN**
       **3522 MARINE SW**            Chapter:           13
       **GRANDVILLE, MI 49418**      Case No.: **SG-02-07474**
                                                    Date Filed  :    **7/02/2002**
                                                  Honorable: JoAnn C. Stevenson

**TRUSTEE´S MOTION TO DISMISS THE CHAPTER 13 PROCEEDINGS AND NOTICE OF MOTION PURSUANT TO 11 U.S.C. 1307(c)**

The Chapter 13 Trustee Brett N. Rodgers, hereby moves this Court to dismiss or convert to Chapter 7 the above captioned Chapter 13 case for the following reasons pursuant to U.S.C. 1307(c):

(1)____unreasonable delay by the debtor that is prejudicial to creditors;
(4)____failure to commence making timely payments under section 1326 of this title;
(5)____denial of confirmation of a plan under section 1325.
(6)__X__material default by the debtor with respect to a term of confirmed plan
    __X__Plan payment arrears $__1,819.98____, Date of last payment 10/06/2004   ;
    ____Plan exceeds 60 months
__X__Other: Debtor is not paying as scheduled.  Since case was put on probation
       on 4-26-2004 the arrears have increased by $909.99.

_____         ____Need Payroll Order

**NOTICE OF MOTION**

    Take notice that if a timely response is filed the within motion will be heard before the Honorable JoAnn C. Stevenson on **March  1, 2005 at 09:00 A.M.  This hearing will be held at the U S Bankruptcy Court Room 740, 110 Michigan St, N.W., , Grand Rapids, MI.**

If you wish to oppose the Motion you must file a written response with the Bankruptcy Court and serve a copy upon the Chapter 13 Trustee at 300 Ottawa NW, Suite 210, Grand Rapids MI 49503 within 30 days of the date on which the Trustee served this Motion to Dismiss.  The response filed must comply with Local Bankruptcy Rule 9013(d) and must state with particularity the reasons why the Trustee's Motion should not be granted.  If a timely response is not filed, the Chapter 13 Trustee may at any time after the expiration of the 30 day period, file with the Court a certificate stating that no timely response or request for hearing has been filed together with a proposed Order to Dismiss or a proposed Order to Convert to Chapter 7.  Upon receipt of said certificate the Court may enter the Order Dismissing the case or the Order of Conversion to Chapter 7 and cancel the scheduled hearing date as moot.

Dated: December 16, 2004             /s/ Brett N. Rodgers
                                            Brett N. Rodgers
                                            Chapter 13 Trustee