# United States Bankruptcy Court
for the
Western District of Michigan
Grand Rapids Division

Trustee's Final Report

In Re: HOLLY ANNETTE LARSEN
3522 MARINE SW
GRANDVILLE, MI  49418

SSN-XXX-XX-2171

Case Number
SG-02-07474

Case Filed on:    July  2, 2002
Plan Confirmed on:  August 26, 2002

Case dismissed after confirmation.

Total funds received and disbursed pursuant to the plan: $5,860.00    Detail of Disbursements below:

| Claim SeqNo | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | To be paid under the plan | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| -3 | U. S. Bankruptcy Court - Clerk | 185.00 | 185.00 | 185.00 | 185.00 | 0.00 |
| 0  | ANDERSEN DAVID C | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 0.00 |
|    | Total  Admin. | 1,685.00 | 1,685.00 | 1,685.00 | 1,685.00 | 0.00 |
| -1 | HOLLY ANNETTE LARSEN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|    | Total  Refund | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1  | KIA FINANCIAL SERVICES | 7,200.00 | 7,200.00 | 7,200.00 | 1,404.00 | 2,111.40 |
|    | Total  Secured | 7,200.00 | 7,200.00 | 7,200.00 | 1,404.00 | 2,111.40 |
| 1.1 | KIA FINANCIAL SERVICES | 5,674.52 | 5,674.52 | 869.83 | 194.83 | 0.00 |
| 2  | CHERRY STREET HEATH SERVICES | None | None | 0.00 | 0.00 | 0.00 |
| 3  | UNITED MEMORIAL | 313.70 | 313.70 | 48.09 | 0.00 | 0.00 |
| 4  | DYMACOL | None | None | 0.00 | 0.00 | 0.00 |
| 5  | SHERMAN ACQUISITIONS LMT | 411.29 | 411.29 | 63.05 | 0.00 | 0.00 |
| 6  | DIRECT MERCHANTS BANK | None | None | 0.00 | 0.00 | 0.00 |
| 7  | CAPITAL ONE SERVICES | 561.48 | 561.48 | 86.07 | 19.07 | 0.00 |
| 8  | ECAST SETTLEMENT CORP | 212.65 | 212.65 | 32.60 | 0.00 | 0.00 |
| 9  | HOUSEHOLD BANK | None | None | 0.00 | 0.00 | 0.00 |
| 10 | AXSYS NATIONAL BANK/FINGERHUT | 547.71 | 547.71 | 83.96 | 17.96 | 0.00 |
| 11 | CAPITAL ONE | None | None | 0.00 | 0.00 | 0.00 |
| 12 | MONEY CONTROL INC | None | None | 0.00 | 0.00 | 0.00 |
| 13 | FARM BUREAU MUTUAL INS | None | None | 0.00 | 0.00 | 0.00 |
| 14 | C-TEC CABLE SYSTEMS MI | None | None | 0.00 | 0.00 | 0.00 |
| 15 | COUNTY OF NEWAYGO | None | None | 0.00 | 0.00 | 0.00 |
| 16 | ALLSTATE INSURANCE COMPANY | None | None | 0.00 | 0.00 | 0.00 |
| 17 | MICHIGAN CONSOLIDATED GAS | None | None | 0.00 | 0.00 | 0.00 |
| 18 | CONSUMERS ENERGY COMPANY | 294.13 | 294.13 | 45.09 | 0.00 | 0.00 |
| 19 | CAPITAL ONE SERVICES | 1,148.04 | 1,148.04 | 175.98 | 38.98 | 0.00 |
| 20 | CAPITAL ONE SERVICES | 622.08 | 622.08 | 95.36 | 21.36 | 0.00 |
|    | Total  Unsecured | 9,785.60 | 9,785.60 | 1,500.03 | 292.20 | 0.00 |
|    | Grand Totals: | 18,670.60 | 18,670.60 | 10,385.03 | 3,381.20 | 2,111.40 |

Total Paid Claimant···:     5,492.60
Trustee Allownaces····:       367.40
Percent Paid Unsecured:       2.986 %

Wherefore, your petitioner prays that a Final Decree be entered discharging the trustee and the trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated: March 15, 2005

/s/ Brett N. Rodgers
-------------------------------------------
Brett N. Rodgers, Trustee

Clerk's copy